UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: ) Case No. 07-mc-00123
GRAND JURY 2007B-61 )

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ( ) Ad Prosequendum      (x) Ad Testificandum

Name of Detainee: EDGAR BOBADILLA
Detained at (custodian): GEO

Detainee is:    a.)    ( ) charged in this district by: ( ) Indictment ( ) Information ( ) Complaint
                         charging detainee with: _____
         or    b.)    (x) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (x) return to the custody of detaining facility upon termination of proceedings
         or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/
Printed Name & Phone No: CAROLYN K. DELANEY - (916) 554-2798
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
( ) Ad Prosequendum      (X) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, FORTHWITH, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 10/24/07

/s/ Morrison C. England
United States District Judge

Please provide the following, if known:

AKA(s) (if applicable): _____    X Male   Female
Booking or CDC #: 01142298    DOB: 01/25/1981
Facility Address: 220 W. "C" Street    Race:
                 San Diego, CA 92101-3804    FBI #: 565691RC7
Facility Phone: (619) 232-9221
Currently Incarcerated For: Unknown

## RETURN OF SERVICE

Executed on _____ By: _____
                                                 (Signature)